# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2281
_____

Raevon Terrell Parker

*Plaintiff - Appellant*

v.

John Pickens, Detective /# 4636; M. Wells, Detective /# 4860; J. Lanaman, Detective /# 4759; Unknown Crumper, Detective

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: January 12, 2021
Filed: January 15, 2021
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Raevon Parker appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action.  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  See Westcott v. City of Omaha, 901 F.2d 1486, 1488 (8th Cir. 1990) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny as moot Parker's pending motion for relief from judgment.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.